IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOY EMERSON                                                                                   PLAINTIFF

v.                                    NO.  3:08cv00188 JWC

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing Plaintiff's case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 25th day of February, 2010.

_____
UNITED STATES MAGISTRATE JUDGE